IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PEACE ELLUVASON ALLAH CUSH-EL,   )
                                 )
                Plaintiff,       )
                                 )
     v.                          )     1:16CV176
                                 )
STATE OF PENNSYLVANIA, et al.,   )
                                 )
                Defendant(s).    )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 10, 2016, was served on the parties in this action. Plaintiff objected to the Recommendation. (Doc. 4.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

               /s/   Thomas D. Schroeder
              United States District Judge

March 28, 2016